[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-10732
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 2, 2011
JOHN LEY
CLERK

D.C. Docket No. 5:10-cr-00046-RS-LB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDY MACKEITH DUNCANSON,
a.k.a. Lorenzo McCloud,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 2, 2011)

Before BARKETT, MARCUS and FAY, Circuit Judges

PER CURIAM:

Jonathan Dingus, appointed counsel for Randy MacKeith Duncanson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Duncanson's conviction and sentence are **AFFIRMED**.